UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLENN EDWARD MERRIFIELD,

                   Plaintiff,            CIV S-05-1068 LKK PAN PS

         v.

                                   ORDER

SANTA BARBARA COUNTY RISK
MANAGEMENT, SANTA BARBARA COUNTY,
SANTA BARBARA SUPERIOR COURT, and
SANTA BARBARA COUNTY DISTRICT
ATTORNEY'S OFFICE,

                   Defendants.

—o○o—

     Plaintiff, who resides in Santa Barbara, has filed in pro se a complaint and application to proceed in forma pauperis.  The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the

1  claim occurred, or a substantial part of property that is the

2  subject of the action is situated, or (3) a judicial district in

3  which any defendant is subject to personal jurisdiction at the

4  time the action is commenced, if there is no district in which

5  the action may otherwise be brought."   28 U.S.C. § 1391(b).

6       In this case, all defendants are located and the claim

7  arose in Santa Barbara County, which is in the Central District

8  of California.   Therefore, plaintiff's claims should have been

9  filed in the United States District Court for the Central

10 District of California.   In the interest of justice, a federal

11 court may transfer a complaint filed in the wrong district to the

12 correct district.   See 28 U.S.C. § 1406(a) ("The district court

13 of a district in which is filed a case laying venue in the wrong

14 division or district shall dismiss, or if it be in the interest

15 of justice, transfer such case to any district or division in

16 which it could have been brought").

17      Accordingly, this matter is hereby transferred to the

18 United States District Court for the Central District of

19 California.

20      So ordered.

21      Dated:   June 6, 2005.

22                                    /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
23                                 Magistrate Judge

24

25

26